# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re:   WILLANTHA E. COLLINS                              Case Number: 06-70561
1226 WEST STREET                      SSN-xxx-xx-4103
ROCKFORD, IL  61102

Case filed on:        4/6/2006
Plan Confirmed on:    7/14/2006

D Dismissed

Total funds received and disbursed pursuant to the plan: $15,840.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 000 | ATTORNEY GARY C FLANDERS | 3,025.24 | 3,025.24 | 2,525.24 | 0.00 |
|  | Total Legal | 3,025.24 | 3,025.24 | 2,525.24 | 0.00 |
|  |  |  |  |  |  |
| 002 | BENEFICIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ILLINOIS TITLE LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | LITTON LOAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | LITTON LOAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | OPTION ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | PELLA WINDOWS | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | WELLS FARGO BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | TOTAL DEBT MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | CHASE / BANK ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | NATIONAL ASSET RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | COMMONWEALTH EDISON | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | TORRES CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | TRANSWORLD SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | WINNEBAGO CO. STATES ATTORNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | WOLPOFF & ABRANSON | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | NCC BUSINESS SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 046 | SBC AMERITECH | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 016 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | INTERNAL REVENUE SERVICE | 1,585.39 | 1,585.39 | 0.00 | 0.00 |
| 043 | MICHAEL ZUBER | 0.00 | 0.00 | 0.00 | 0.00 |
| 053 | INTERNAL REVENUE SERVICE | 1,585.39 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 3,170.78 | 1,585.39 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 999 | WILLANTHA E. COLLINS | 0.00 | 0.00 | 1,000.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,000.00 | 0.00 |
|  |  |  |  |  |  |
| 001 | BENEFICIAL ILLINOIS INC | 13,820.19 | 0.00 | 0.00 | 0.00 |
| 003 | HEIGHTS FINANCE | 800.37 | 567.67 | 567.67 | 32.33 |
| 004 | ILLINOIS TITLE LOANS, INC | 4,500.00 | 4,500.00 | 4,500.00 | 318.40 |
| 010 | OPTION ONE MORTGAGE CORPORATION | 8,946.80 | 8,946.80 | 2,480.59 | 0.00 |
| 015 | LITTON LOAN SERVICING LP | 9,782.63 | 9,782.63 | 3,682.59 | 0.00 |
| 051 | LURETHA MACKLIN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 37,849.99 | 23,797.10 | 11,230.85 | 350.73 |
|  |  |  |  |  |  |
| 003 | HEIGHTS FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | MUTUAL MANAGEMENT SERVICES | 3,284.86 | 3,284.86 | 0.00 | 0.00 |
| 012 | PELLA WINDOWS | 4,922.06 | 4,922.06 | 0.00 | 0.00 |
| 017 | INTERNAL REVENUE SERVICE | 4,768.95 | 4,768.95 | 0.00 | 0.00 |
| 019 | JEFFERSON CAPITAL SYSTEMS, LLC | 1,220.92 | 1,220.92 | 0.00 | 0.00 |
| 020 | AXBERG HEATING | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | BRYDEN MOTORS | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | CAPITAL ONE | 987.94 | 987.94 | 0.00 | 0.00 |
| 024 | CAPITAL ONE | 785.94 | 785.94 | 0.00 | 0.00 |
| 025 | COLLECT AMERICA | 1,665.01 | 1,665.01 | 0.00 | 0.00 |
| 027 | COMMERCE BANK NA | 2,575.92 | 2,575.92 | 0.00 | 0.00 |
| 029 | COMMONWEALTH EDISON | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | COUNTRY COMPANIES INSURANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | DENTAL DIMENSIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | DEPARTMENT OF HUMAN SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | PREMIER BANKCARD/CHARTER | 331.94 | 331.94 | 0.00 | 0.00 |
| 039 | GILLEYS SHEET METAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | INTERSTATE GAS SUPPLY | 0.00 | 0.00 | 0.00 | 0.00 |

# United States Bankruptcy Court
**of the**
**Northern District Of Illinois**
**Western Division**

| 041 | ECAST SETTLEMENT CORPORATION | 340.16 | 340.16 | 0.00 | 0.00 |
|---|---|---|---|---|---|
| 043 | MICHAEL ZUBER | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | NICOR GAS | 933.79 | 933.79 | 0.00 | 0.00 |
| 045 | ROCKFORD BELL CREDIT UNION | 606.19 | 606.19 | 0.00 | 0.00 |
| 047 | SBC CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 048 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 049 | TDS METROCOM | 0.00 | 0.00 | 0.00 | 0.00 |
| 050 | TRUE GREEN LAWN | 0.00 | 0.00 | 0.00 | 0.00 |
| 052 | MUTUAL MANAGEMENT SERVICES | 2,400.00 | 2,400.00 | 0.00 | 0.00 |
| 053 | INTERNAL REVENUE SERVICE | 4,768.95 | 0.00 | 0.00 | 0.00 |
| | Total Unsecured | 29,592.63 | 24,823.68 | 0.00 | 0.00 |
| | Grand Total: | 73,638.64 | 53,231.41 | 14,756.09 | 350.73 |

Total Paid Claimant:      $15,106.82
Trustee Allowance:        $733.18
Percent Paid Unsecured:      0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 01/29/2008                    By  /s/Heather M. Fagan